PROB 12C
(7/93)

Report Date: August 24, 2012

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 24 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shannon Nichole McIntosh    Case Number: 2:10CR02139-001 and 2:10CR02141-001 LRS

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 11/7/2001

Original Offense: Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a), (b)(1)(A); Felon in Possession of a Firearm, 18 U.S.C. § 922(g)

Original Sentence: Prison - 96 months          Type of Supervision: Supervised Release
                   TSR - 60 months

Asst. U.S. Attorney: TBD                        Date Supervision Commenced: 7/22/2008

Defense Attorney: TBD                           Date Supervision Expires: 7/21/2013

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On August 10, 2012, during the collection of a urine specimen, U.S. Probation Officer Assistant Erica Helms observed a foreign object being used by Ms. McIntosh. The defendant finally admitted to using a container of urine from another person, in an effort to successfully pass her urine test. Ms. McIntosh admitted to using methamphetamine on or about July 14, 2012, and again on August 8, 2012. |
| 2 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

Prob12C
Re: McIntosh, Shannon Nichole
August 24, 2012
Page 2

**Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Please see supporting evidence for violation number 1.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/24/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/24/12
Date